IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA R. FOSTER, SHERRI P. DAVIS, and SHANNON BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:12-cv-01716-WSD |

### [PROPOSED] ORDER

This case is before the Court for consideration of the Joint Motion for Approval of Settlement Agreement [Dkt. 145], as amended [Dkt. 158], and Plaintiffs' Unopposed Motion to Approve Attorney's Fees and Costs [Dkt. 147]. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

"When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Having

reviewed *in camera* the revised Settlement Agreement (the "Agreement")[1] submitted by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that both the amount of attorneys' fees and costs to be paid to Plaintiffs' counsel by Defendant as provided in the Agreement, and the hourly rates charged by Plaintiffs' counsel, are reasonable.

Therefore, the Joint Motion for Approval of Settlement Agreement is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the settlement is hereby entered and accepted as the stipulated **JUDGMENT** in this action.

Defendant shall tender to Plaintiffs all payments consistent with the terms of the Settlement Agreement, and the parties shall thereafter file a stipulation of dismissal with prejudice in accordance with the terms of the Settlement Agreement. The clerk is hereby directed to administratively close this case, subject

---

[1] Pursuant to the Court's Order [Dkt. 152] granting in part and denying in part the Motion to Seal, the Parties have filed a redacted version of the revised Agreement [Dkt. 157-1].

to reopening pursuant to the terms of the Settlement Agreement. Fees and costs shall be paid to Plaintiffs' counsel as set forth in the Settlement Agreement.

**SO ORDERED** this 9th day of September, 2013.

*/s/ William S. Duffey*
UNITED STATES DISTRICT JUDGE
WILLIAM S. DUFFEY

PRESENTED BY:

| | |
|---|---|
| /s/ *C. Andrew Head* | /s/ *Katherine F. Kendricks* |
| Georgia Bar No. 341472 | Allegra J. Lawrence-Hardy |
| FRIED & BONDER, LLC | Georgia Bar No. 439797 |
| White Provision, Ste. 305 | Thomas W. Curvin |
| 1170 Howell Mill Rd, NW | Georgia Bar No. 202740 |
| Atlanta, Georgia 30318 | Katherine Floyd Kendricks |
| (404) 995-8808 | Georgia Bar No. 364012 |
| (404) 995-8899(facsimile) | SUTHERLAND ASBILL & BRENNAN LLP |
| Email: ahead@friedbonder.com | 999 Peachtree Street, NE |
| | Atlanta, Georgia 30309-3996 |
| | Tel: (404) 853-8000 |
| | Fax: (404) 853-8806 |
| | Email: allegra.lawrence-hardy@sutherland.com |
| | tom.curvin@sutherland.com |
| | katherine.kendricks@sutherland.com |