IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA R. FOSTER, SHERRI P. DAVIS, and SHANNON BROWN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST MORTGAGE, INC., <br><br> Defendant. | CIVIL ACTION NO.: <br> 1:12-cv-01716-WSD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs stipulate to the dismissal with prejudice of all claims filed in this action. Pursuant to the Settlement Agreement [Doc. 157-1] ("Agreement") accepted and entered as the judgment of this Court [Doc. 160], the only claims released by the parties are those set forth in the Agreement, and therefore this dismissal shall have no *res judicata* effect on any claims not specifically released in the Agreement.

Respectfully submitted this 11th day of October, 2013.

                                  */s/ C. Andrew Head*
                                  Georgia Bar No. 341472
                                  Attorneys for Plaintiffs
                                  FRIED & BONDER, LLC
                                  White Provision, Ste. 305
                                  1170 Howell Mill Rd, NW
                                  Atlanta, Georgia 30318
                                  (404) 995-8808
                                  (404) 995-8899(facsimile)
                                  Email: ahead@friedbonder.com

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Allegra J. Lawrence-Hardy
    Katherine F. Kendricks
    Thomas W. Curvin

                                          */s/ C. Andrew Head*
                                          C. Andrew Head